# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-2060

———————————————

LANCE J. BORDES and
ELIZABETH D. BORDES,

    Appellants,

    v.

CITIMORTGAGE, INC., successor
by merger to ABN AMRO
Mortgage Group Inc., et al.,

    Appellee.

———————————————

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

August 1, 2019

PER CURIAM.

In light of Appellee's confession of error, we reverse the award of attorney's fees and costs contained in the Amended Final Judgment of Foreclosure and remand for further proceedings.

In light of the foregoing, Appellee's motion for extension of time to file the answer brief is denied as moot.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel W. Uhlfelder of Daniel W. Uhlfelder, P.A., Santa Rosa Beach, for Appellants.

Jonathan Blackmore of Phelan Hallinan Diamond & Jones, PLLC, Fort Lauderdale, for Appellee.